IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNA SHANKIN, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 12-cv-3736 |
| | : | |
| HARBORVIEW MORTGAGE LOAN | : | |
| TRUST MORTGAGE LOAN PASS | : | |
| THROUGH CERTIFICATE SERIES | : | |
| 2007-5, THROUGH ITS TRUSTEE | : | |
| DEUTSCHE BANK NATIONAL TRUST | : | |
| COMPANY; AMERICAN BROKERS; | : | |
| and NORTHEASTERN FINANCIAL | : | |
| BROKERS, INC. | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 31st day of July, 2013, upon consideration of the Motion to Dismiss filed by Defendant Deutsche Bank National Trust Company (Doc. No. 3), and the response thereto, for the reasons set forth in the Court's Memorandum Opinion it is **ORDERED** that the Motion is **GRANTED**, and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff shall have **thirty (30) days** to file an amended complaint which cures the deficiencies identified in the Court's Memorandum Opinion.

                                                                  **BY THE COURT:**

                                                                  **/s/ Mitchell S. Goldberg**

                                                                  _____

                                                                  **Mitchell S. Goldberg, J.**